**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-6435**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BRYANT KELLY PRIDE, a/k/a Pride,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge. (1:08-cr-00024-JPJ-RSB-2)

---

Submitted: September 9, 2015    Decided: September 11, 2015

---

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Bryant Kelly Pride, Appellant Pro Se. Jennifer R. Bockhorst, Zachary T. Lee, Assistant United States Attorneys, Mary Kathleen Carnell, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryant Kelly Pride appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Pride, No. 1:08-cr-00024-JPJ-RSB-2 (W.D. Va. filed Mar. 3, 2015; entered Mar. 4, 2015). We deny as unnecessary Pride's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* Although Pride noted an appeal from the district court's order, he has proffered no argument on appeal specifying any error by the district court in granting his motion.